**TRANSCRIPT ORDER FORM (DKT-13)** - **READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

District Court: USDC for the Northern District of Texas  District Court Docket No. 4:24-cv-953-P

Short Case Title: Outsourcing Facilities Association, et al. v. U.S. Food and Drug Administration, et al.

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Monica Guzman

Date Notice of Appeal Filed in the District Court: 5/7/25  Court of Appeals No. 25-10600

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐ No hearings  ☐ Transcript is unnecessary for appeal purposes  ☒ Transcript is already on file in the Clerk's Office

  **OR**

  **Check all of the following that apply, include date of the proceeding.**

  This is to order a transcript of the following proceedings: ☐ Bail Hearing _____  ☐ Voir Dire _____

☐ Opening Statement of Plaintiff _____  ☐ Opening Statement of Defendant _____
☐ Closing Argument of Plaintiff _____  ☐ Closing Argument of Defendant _____
☐ Opinion of court _____  ☐ Jury Instructions _____  ☐ Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☐ Private Funds;  ☐ Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐ Other IFP Funds;  ☐ Advance Payment Waived by Reporter;  ☐ U.S. Government Funds
☒ Other: N/A

Signature: /s/ Andrew M. Grossman  Date Transcript Ordered: N/A
Print Name: Andrew M. Grossman  Phone: (202) 861-1697
Counsel for: Plaintiffs-Appellants Outsourcing Facilities Association, et al.
Address: 1050 Connecticut Ave., N.W., Suite 1100, Washington, D.C. 20036
Email of Attorney: agrossman@bakerlaw.com

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
|  |  |  |  |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Awaiting creation of CJA 24 eVoucher
       ☐ Other (Specify) _____

Date _____  Signature of Reporter _____  Tel. _____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

  This is to certify that the transcript has been completed and filed at the District Court today.

  Actual Number of Pages _____  Actual Number of Volumes _____

Date _____  Signature of Reporter _____